UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WASHINGTON BENAVIDES MORAN, *on behalf of*    :
*himself and all others similarly situated*,                           :
                                                                       :
                                              Plaintiff,               :                    26-CV-1147 (JMF)
                                                                       :
                        -v-                                            :                    ORDER
                                                                       :
GRIP6, INC.,                                                           :
                                                                       :
                                              Defendant.               :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

　　　SO ORDERED.

Dated: February 12, 2026
　　　　New York, New York                           _____
                                                          JESSE M. FURMAN
                                                          United States District Judge