**MEMO ENDORSED.**

## GOTTLIEB & ASSOCIATES PLLC
### ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

April 15, 2026

**VIA ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Benavides Moran v. Grip6, Inc.*
        Case No.: 1:26-cv-1147

Dear Judge Wang,

The undersigned respectfully requests that the Preliminary Settlement Conference Call currently scheduled for April 16, 2026, at 2:30 p.m. be adjourned for 30 days.

As of today, counsel for Defendant has not yet appeared in this action. However, Plaintiff was contacted by Defendant's insurance carrier, which advised that it is in the process of reviewing the Complaint and the applicable policy to determine whether coverage applies. In connection with that review, the parties have agreed to a 30-day extension of Defendant's time to respond to the Complaint.

This brief adjournment will allow the carrier to complete its coverage determination, and will provide Defendant with sufficient time to retain counsel, appear, and meaningfully participate in the Preliminary Settlement Conference, or potentially resolve the matter without further judicial intervention. This is Plaintiff's second request for an adjournment.

The April 16 PSC is **ADJOURNED** *sine die*.
Plaintiff is directed to file a status letter by **April 30, 2026** proposing three dates (Tuesdays, Wednesdays, or Thursdays in the afternoon) for a preliminary settlement conference call in May or June.

At Plaintiff's request, the Court will extend the deadline for Defendant to respond to the Complaint to **May 22, 2026.**

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

**SO ORDERED.**

Ona T. Wang          April 16, 2026
U.S.M.J.